**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**SAMUEL O. ARAOYE, :**

**: Plaintiff,**

**………………………..…..…..: CIVIL ACTION…………………………NEW CASE………………………..……**

**v. :**

**Joseph Harrison (USDA Supervisor being sued herein in his individual capacity), Stephanie Niemi (USDA official being sued herein in her individual capacity), Dennis Jemmerson (USDA employee/lead person/trainer being sued herein in his individual capacity), et al (suing Defendants in their individual capacities for violations of the Plaintiff's CONSTITUTIONAL RIGHTS, especially under Bivens Law).**

=========================≈==========================≈====================

**<u>COMPLAINTS MOTION: SUING AFOREMENTIONED DEFENDANTS FOR $15M USD.</u>**

=========================≈==========================≈====================

Civil Action No. …NEW CASE… (Also Reference PAED Case# 2:23-cv-01331)

COMPLAINTS: INTENTIONAL WRONGFUL AND RETALIATORY TERMINATION OF EMPLOYMENT, SEXUAL HARRASMENT, WORKPLACE HOSTILITY, FALSIFICATION AND MISSTATEMENT OF EMPLOYEE RECORDS, SUBSEQUENT RETALIATIONS FOR EXERCISING **CONSTITUTIONAL RIGHTS** [REF. EEOC INVESTIGATION AND ITS ISSUED RIGHT-TO-SUE]::

[External Email]Re: REMINDER: Employer (21-4192): "Ask your last employer to complete and return the enclosed VA Form 21-4192, Request for Employment Information."

**WRONGFUL AND RETALIATORY TERMINATION OF EMPLOYMENT, SEXUAL HARRASMENT, WORKPLACE HOSTILITY, AND SUBSEQUENT RETALIATIONS FOR EXERCISING CONSTITUTIONAL RIGHTS [REF. EEOC INVESTIGATION AND ITS ISSUED RIGHT-TO-SUE]:**

➢ Retaliatory Termination and subsequent retaliations after complaining about racial discrimination, lack of workplace accommodation per preexisting and military service-connected disabilities aggravated by USDA, Secretary of Agriculture @USDA, et al. (Attach psychologist report and USDA letter for civil service).

➢ Sometimes in 2020 and 2021, the Defendants knowingly blocked and delayed the Plaintiff's unemployment insurance, despite the. The Employer-Defendant failed to train its employees NOT TO BE DISCRIMINATORY, NOT TO BE BIASED, AND NOT TO BLOCK AND/OR DELAY EMPLOYEE'S BENEFITS WITHOUT ANY OFFICIAL JUSTIFICATION THAT COULD LEAD TO VIOLATION OF EMPLOYEE'S **CONSTITUTIONAL RIGHTS**, ESPECIALLY UNDER BIVENS LAW.

➢ While working for USDA from 2019 thru 2020, USDA, Messrs. Harrison and Jemmerson made the Plaintiff to work under hostile work environment, as he was not properly trained as needed (being the Plaintiff's first time is USDA Market News environment), but he was incessantly scrutinized negatively and frustrated about job performance (WHEREAS, HE WAS NOT PROPERLY TRAINED FOR THE JOB FROM DAY 1), despite his medical and psychological disabilities that the Defendants are aware of. When USDA

Director John Okoniewski visited Philadelphia Office where the Plaintiff stationed, the Plaintiff was proactive on informing the Director of the situation he found himself, especially on inadequate training by USDA and his seniors, as well as his medical and psychological traumas that is being aggravated by the job duties. It was at this point that the Director facilitated some weeks of training at Baltimore and NYC, even during the peak of COVID-19 pandemic situation, especially at epicenter NYC, where the Plaintiff attended weeks of training, and even contracted COVID-19 symptoms in NYC, as the Bronx market is the largest (highest population of buyers per day in thousands… EVEN THE UNIT MANAGER IN NYC THAT ALSO TRAIN THE PLAINTIFF AT CLOSE PROXIMITY CONTRACTED FULL-BLOWN COVID-19 BEFORE THE PLAINTIFF ARRIVED AT NYC for the training) and the most filthy market in the world.

➢ During the Director's visit, Jemmerson continued his onslaught against me with negative scrutiny of the Plaintiff's work, all in his attempts to make the Plaintiff look bad to the Director. And I suspect, the Director was intentionally brought in for this purpose, as the Unit's Manager was far away in Atlanta, Georgia. Whereas, it was Jemmerson that the Director found to have wrongly reported stem-Strawberry as if it is a regular strawberry (or vice versa), and Director Okoniewski discovered this because the packaging does not match. And it was the Plaintiff's first time learning of this from the Director; never heard of such from his seniors. Whereas, it was the Plaintiff that USDA and Harrison Terminated his appointment in February of 2021, after wrongfully obtaining the Plaintiff's medical records (under pretense) from the Plaintiff's medical physician at VA Hospital, and subsequently terminating the Plaintiff's appointment as a result of what

he read/misread on the medical report, ESPECIALLY WITHOUT SEEKING ANY MEDICAL OPINION FOR INTERPRETATION THEREOF. AND AS A MATTER OF PRIVACY, HE WAS NOT SUPPOSED TO BE WRONGFULLY IN POSSESSION OF THE PLAINTIFF'S MEDICAL REPORT, ESPECIALLY FOR WRONGFUL INTENT OF VIOLATING HIS **CONSTITUTIONAL RIGHTS**, WHILE HE WAS ON UNPAID MEDICAL LEAVE OF ABSENCE, which is an apparent retaliation for the way the Plaintiff has been exercising his **CONSTITUTIONAL RIGHTS** under the law.

➢ MR. Jemmerson EVEN SEXUALLY HARRASSED THE PLAINTIFF BY TELLING HIM INCESSANTLY DURING WORK HOURS THAT "HE SHOULD NOT LET THEM TAKE HIS MANHOOD AWAY", WHILE MR. JOE HARRISON WAS INCESSANTLY TELLING HIM DURING WORK HOURS THAT THE UNIT'S MANAGER (MS. JANE DOE …ACTUAL NAME FORGOTTEN) IS A HOMOSEXUAL. AND THE PLAINTIFF WAS JUST HELPLESS ON HOW TO HANDLE THIS, ESPECIALLY WHILE ON 2-YEAR PROBATIONARY PERIOD AT USDA, WITHOUT ADEQUATE TRAINING, AND ATVTHE MERCIES OF MY SENIORS (HARRISON AND Jemmerson) TO HOLD ON TO THE JOB, AND AS HE WAS GOING THRU SO MUCH TRAUMAS per SIMILAR VIOLATION OF HIS CONSTITUTIONAL AND/OR FEDERAL RIGHTS BY CITY OF PHILADELPHIA AND ITS UNSCRUPULOUS OFFICIALS [Ref. Araoye v. City of Philadelphia, et al… @ District Court PAED Case# 19-cv-00719 and U.S.C.A. 3rd Circuit Appeal# 22-3199].

➢ BOTH HARRISON  AND Jemmerson are always in the habit of intentionally sagging their pants, revealing their private parts (cleavages of buttocks) during work hours, while the Plaintiff was working at USDA's Philadelphia Wholesale Produce Terminal Market (i.e.

from 09-01-2019 thru 11-9-2021). This is a blatant sexual harassment against the Plaintiff, and nothing was done by the Employer-Defendant after the Plaintiff complained. This is a blatant deliberate and intentional lack of training of USDA employees against sexual harassment.

➢ AT A POINT, Jemmerson WAS ON THE PHONE WITH THE UNIT'S MANAGER, TELLING HER THAT HE HAS SOMEONE (his Fiancée's daughter at the time… i.e. his stepdaughter after marriage) TO REPLACE THE PLAINTIFF.

➢ In March of 2023, the Plaintiff [Samuel O. Araoye] asked USDA and its Human Resources office to complete VA Form 21-4192 that is required by the VA regarding the Plaintiff's application for military disability benefits. For almost 3 weeks, the Defendants did not even acknowledge the Plaintiff's request per email dated 3-6-2023, despite several subsequent follow-ups and reminders via emails and phone-calls. And by the time a response was obtained about 3 weeks later, (. EVEN IF THE AGENCY IS SO BUSY, IT FAILED TO TRAIN ITS EMPLOYEES TO ACKNOWLEDGE SUCH REQUESTS IN A TIMELY MANNER, EVEN VIA AUTO-RESPONSE FACILITY THAT IS APPARENTLY AVAILABLE BY TAXPAYERS' MONEY.

➢ USDA, Secretary of Agriculture @USDA, et al violated Plaintiff's **CONSTITUTIONAL RIGHTS**; particularly Human Resources Officer Stephanie Niemi in March of 2023 knowingly, willfully, and intentionally misstated and falsified VA form 21-4192 at item# 18 on the said form that asks a prior employer to state "IS VETERAN RECEIVING OR ENTITLED TO RECEIVE, AS A RESULT OF HIS/HER EMPLOYMENT WITH YOU, SICK, RETIREMENT OR OTHER BENEFITS?", and that if the answer is "yes", the employer

should skip item #s 19 thru 21. But in an apparent attempt to block the Plaintiff's

military veteran disability benefits, Ms. Niemi intentionally completed item# 19 that

specifically asked "TYPE OF BENEFIT." And despite answering "yes" to item #18 on the

said form), Ms. Niemi intentionally put on item# 19 that "He is eligible to apply for

Disability Retirement with OPM." Whereas, USDA and Ms. Niemi know that the Plaintiff

has applied for disability retirement, and that he has been denied. MS. NIEMI WAS ONE

OF THE USDA HUMAN RESOURCES OFFICIALS THAT PROCESSED THE PLAINTIFF'S

PERTINENT INFORMATION PER EVENTS [ESPECIALLY FROM 2020 THRU 2021] THAT LED

TO THE PLAINTIFF'S TERMINATION BY THE USDA, INCLUDING FMLA PROCESSING,

TRANSFER OF THE PLAINTIFF'S FILE TO OPM, AND EVEN THE UNEMPLOYMENT

INSURANCE THAT WAS INTENTIONALLY AND WRONGFULLY DELAYED BY MS. NIEMI AND

USDA. MEANING, MS. NIEMI HAS BEEN HAVING ISSUES WITH THE PLAINTIFF'S

COMPLAINTS SINCE 2020. AND THE RECENT EVENT IN 2023 IS AN APPARENT

RETALIATION.


Humbly Submitted,

/s/ Samuel O. Araoye, Pro Se Counsel to the Plaintiff.

@Veteran of the United States Army

Dated: April 14, 2023

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**SAMUEL O. ARAOYE, :**

**: Plaintiff,**

**………………………………………………...: CIVIL ACTION…………NEW CASE………………………**

**v. :**

**Joseph Harrison (a USDA Supervisor being sued herein in his individual capacity), Stephanie Niemi (a USDA official being sued herein in his individual capacity), Dennis Jemmerson  (a USDA employee/lead person/trainer being sued herein in his individual capacity), et al (suing Defendants in their individual capacities for violations of the Plaintiff's CONSTITUTIONAL RIGHTS, especially under Bivens Law).**

**: Defendants.**

Civil Action No. …NEW CASE… (Also Reference PAED Case# 2:23-cv-01331)

**CERTIFICATE OF SERVICE                                      .**

I, Samuel O. Araoye, the Pro Se Counsel to the Plaintiff, hereby certify that a true and correct copy of the foregoing Complaint is being served by way of the electronic filing system on this day to the US Attorney and the Clerk of US Attorney via email address USAPAE.PressBox@usdoj.gov , and is available to the Defendants, among other interested parties of record.

The following is the physical, as well as the electronic address of the Defendants' Attorney:

U.S. Attorney Jacqueline C. Romero

U.S. Attorney's Office

USAPAE.PressBox@usdoj.gov

615 Chestnut Street, Suite 1250

Philadelphia, PA 19106

Humbly Submitted,

/s/ Samuel O. Araoye, Pro Se Counsel to the Plaintiff.

@Veteran of the United States Army

DATE: April 14, 2023